# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MORRO BAY,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN GILLESPIE, an individual, *in personam;* the vessel WINDWALKER, a 1984 64-foot Steel-Hulled Fishing Vessel, Official No. 674811, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, Etc., *in rem*, and DOES 1-10,<br><br>        Defendants. | No. 2:20-cv-00875-JAK (AFMx)<br><br>**IN ADMIRALTY**<br><br>**JUDGMENT** |

1

On April 19, 2023, this Court issued an Order granting in part, and deferring in part, Plaintiff City of Morro Bay's ("City") Motion for Summary Judgment. Consequently, judgment shall be entered as follows:

Judgment is entered in favor of Plaintiff and against Defendants WINDWALKER, a 1984 64-foot Steel-Hulled Fishing Vessel, Official No. 674811, its Engines, Tackle, Machinery, Furniture, Apparel, Appurtenances, Etc. ("Vessel"), *in rem*, and JOHN GILLESPIE, *in personam*, in the amount of **$148,573.58**. This total is comprised of the following amounts:

1. <u>*Custodial Legis* Expenses</u>. City shall be reimbursed by Defendants the amount of **$127,357.20** for *custodia legis* expenses it incurred during this action. These expenses are as follows: $9,285.45 paid to the U.S. Marshal for the arrest of the Vessel and insurance; $71.75 paid to publish the Notice of Arrest as required by LAR C.3 (RC-C.3); and custodial fees for the safekeeping of the Vessel in the amount of $118,000.

2. <u>Overdue Berthing Fees</u>. City is awarded **$21,216.38** for overdue berthing fees incurred by the Vessel.

3. The Vessel shall be sold in accordance with Supplemental Rule E(9)(b) and LAR E.15 (83-E.9), sale of the property shall be made by the Marshal or deputy marshal, and any proceeds of the sale shall be paid into the court registry to be disbursed as required by law.

4. At the sale, Plaintiff shall be allowed to credit bid as provided for in LAR E.15 (83-E.9)(b).

5. A hearing to determine the appropriate disbursement of the funds from the sale of the Defendant Vessel shall be set after the sale is completed and a final accounting is confirmed, with a corresponding briefing schedule to address the issue of whether any amount paid or credited to Plaintiff will be adjusted to reflect any diminution in value to the Vessel caused by an alleged lack of due care by Plaintiff.

**IT IS SO ORDERED.**

Dated: May 15, 2023

_____

John A. Kronstadt

United States District Judge